```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 03579
   RANDY DALE HALL
   JOANN HALL                                   CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
        Debtor
   SSN XXX-XX-6359     SSN XXX-XX-5452
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/04/06 and confirmed on 06/01/06.

2. The case was dismissed after confirmation, 03/20/2008.

3. The Debtor paid a total of $ 37465.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | 26892.29 | .00 | 26892.29 |
| NATIONAL CITY BANK | SECURED | 3987.17 | .00 | 3987.17 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 6937.47 | 359.52 | 3508.75 |
| ECAST SETTLEMENT CORP | UNSECURED | 2507.05 | 2.33 | 137.01 |
| CITIFINANCIAL | SECURED | 500.00 | 19.23 | 242.00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1358.73 | .00 | .00 |
| B REAL LLC | UNSECURED | 17294.21 | .00 | .00 |
| CHASE BANK | UNSECURED | 10789.28 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| FARMERS INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 408.49 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8817.08 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 1166.90 | .00 | .00 |
| NATIONAL CITY BANK | MORTGAGE ARRE | 255.36 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 39739.19 | .00 | 41174.84 | .00 | 80914.03 |
| PRINCIPAL PAID | 34630.21 | .00 | 137.01 | .00 | 34767.22 |
| INTEREST PAID | 378.75 | .00 | 2.33 | .00 | 381.08 |
| TOTAL PAID | 35008.96 | .00 | 139.34 | .00 | 35148.30 |

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $  3000.00 and was paid $  1000.00  direct and $    921.17  through the plan.

The Trustee received $   1395.53 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.

Dated: 08/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                           PAGE   2
     CASE NO. 06 B 03579 RANDY DALE HALL & JOANN HALL